# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONTRALE PHILLIPS (#464769)

VERSUS

RAPIDES PARISH JUDGE'S OFFICE, ET AL.

CIVIL ACTION

NO. 15-250-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 28, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Plaintiff's *Complaint* will dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (iii) and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the Defendants consistent with the facts alleged in his *Complaint*.

Baton Rouge, Louisiana the 23 day of June, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Doc. 5.